UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE CASTRO,<br><br>        Plaintiff,<br><br>   v.<br><br>UNKNOWN,<br><br>        Defendant. | No. 2:23-cv-01463-EFB (PC)<br><br><br><br>ORDER |

     Plaintiff, a county jail inmate proceeding without counsel, has filed a complaint and a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. He has not, however, submitted a certified copy of his trust account statement as required by 28 U.S.C. § 1915(a)(2). The court previously ordered plaintiff to submit a certified copy of his trust account statement. ECF No. 5. In response, plaintiff submitted a copy of a request that he apparently submitted to jail officials. ECF No. 7. The response to plaintiff states, "For a certified copy please resubmit with filled out court application." *Id.* Plaintiff does not state whether he followed these instructions. The court will grant plaintiff additional time to submit to the court a certified copy of his trust account. The court will also direct the Clerk of the Court to send to plaintiff a copy of this court's form application for leave to proceed in forma pauperis by a prisoner.

/////

/////

Accordingly, it is ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified trust account statement to complete his request for leave to proceed in forma pauperis.[1]  The Clerk of the Court shall send to plaintiff a copy of this court's form application for leave to proceed in forma pauperis by a prisoner.   Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: August 30, 2023.

*signature*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] If plaintiff is unable to comply with this order, he must submit to the court a copy of his request for a copy of his certified trust account statement along with any responses received from jail officials.

2